**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARON ONEAL,<br><br>    Plaintiff<br><br>v.<br><br>ALBERTSON'S LLC, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00643-APG-VCF<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Laron Oneal's certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Laron Oneal as required by the recent amendment to that rule.

I FURTHER ORDER plaintiff Laron Oneal to file a proper certificate of interested parties by May 10, 2023.

DATED this 2nd day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE