# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LARON ONEAL,

    Plaintiff

v.

ALBERTSON'S LLC, et al.,

    Defendants

Case No.: 2:23-cv-00643-APG-VCF

**Order to Show Cause Why This Case Should Not Be Remanded for Lack of Subject Matter Jurisdiction**

In light of the defendants' response to the order to show cause (ECF No. 8),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not remand this case for lack of subject matter jurisdiction at this time.

DATED this 2nd day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE