1  FARHAN R. NAQVI
Nevada Bar No. 8589
2  SARAH M. BANDA
Nevada Bar No.: 11909
3  JACOB A. SUTY
Nevada Bar No.: 16330
4  NAQVI INJURY LAW
5  9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
6  Telephone: (702) 553-1000
7  Facsimile:  (702) 553-1002
naqvi@naqvilaw.com
8  sarah@naqvilaw.com
jsuty@naqvilaw.com
9  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARON ONEAL, individually, | Case No.:  2:23-cv-00643-APG-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | **(Second Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff LARON ONEAL ("Plaintiff") and Defendants ALBERTSON'S, LLC d/b/a ALBERTSON'S, SAFEWAY INC. d/b/a ALBERTSON'S, ALBERTSON'S STORES SUB LLC, and AB ACQUISITION LLC, through their undersigned counsel of record, that certain discovery deadlines shall be continued for a period of ninety (90) days for the reasons expressed herein.

///



Pursuant to Local Rule IA 6-1(a), the parties state that this is the second request for an extension in this case.

### **DISCOVERY COMPLETED TO DATE – LR 26-3(a)**

1. The parties attended an Fed. R. Civ. P. 26(f) conference on May 22, 2023.
2. The parties have served their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a).
3. Defendant served its First Supplement to its Initial Disclosures on September 14, 2023.
4. On June 30, 2023, Plaintiff served written discovery on Defendant. Defendant served responses.
5. On July 12, 2023, Defendant served written discovery on Plaintiff. Plaintiff has served responses to this discovery.
6. On September 13, 2023, this Court granted the parties stipulated protective order.
7. A site inspection took place on September 26, 2023.
8. Plaintiff served his First Supplement to its Initial Disclosures on November 20, 2023.
9. Defendant served its Second Supplement to its Initial Disclosures on November 20, 2023.
10. The deposition of Plaintiff Laron Oneal was taken on November 21, 2023.
11. Plaintiff served his Second Supplement to its Initial Disclosures on December 6, 2023.
12. Defendant served its Third Supplement to its Initial Disclosures on December 19, 2023.
13. Expert reports were served by both parties on December 19, 2023.

### **DISCOVERY REMAINING – LR 26-3(b)**

1. Rebuttal reports are to be served by January 19, 2024.
2. Defendant Corporate Witness Deposition.
3. Defendant employee Deposition(s).
4. Depositions of Experts.
5. Additional Fact Witness Depositions.

### **REASON FOR EXTENSION – LR 26-3(c)**

Pursuant to LR IA 6-1 and LR 26-3, the parties represent that good cause exists for the extension of the applicable deadlines in this matter. The parties have been diligent in conducting discovery, and still intend on disclosing Rebuttal Expert Disclosures on the current January 19th deadline. Additional discovery, including but not limited to depositions, however, are still needed. Furthermore, the parties have discussed the possibility of conducting a mediation, requiring additional time. Therefore, the parties respectfully request an extension of the deadlines as referenced in the chart below by an additional ninety (90) days.

### **NEW DISCOVERY DEADLINES – LR 26-3(d)**

| Discovery | Current Deadline | New Deadline |
| --- | --- | --- |
| Amending Pleadings/Adding Parties | Closed | **Closed** |
| Expert Witness Disclosure | Closed | **Closed** |
| Rebuttal Expert Disclosure | January 19, 2024 | **No Change** |
| Discovery Deadline | February 19, 2024 | **May 20, 2024** |
| Dispositive Motions | March 22, 2024 | **June 19, 2024** |
| Pretrial Order | April 19, 2024 | **July 19, 2024** |

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties represent that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

///

///

///



**IT IS SO STIPULATED** and agreed as to the terms and conditions of this Stipulation to Extend Discovery Deadlines.

DATED this *11th* day of January, 2024.  DATED this *11th* day of January, 2024.

NAQVI INJURY LAW   BACKUS | BURDEN

*/s/ Jacob A. Suty*   */s/ Dallin Knecht*
FARHAN R. NAQVI, ESQ.   JACK P. BURDEN, ESQ.
Nevada Bar No. 8589   Nevada Bar No. 6918
SARAH M. BANDA   DALLIN KNECHT, ESQ.
Nevada Bar No. 11909   Nevada Bar No. 16263
JACOB A. SUTY   7201 West Lake Mead Boulevard, Suite 580
Nevada Bar No. 16330   Las Vegas, Nevada 89128
9500 West Flamingo Road, Suite 104   *Attorneys for Defendants*
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 1-18-2024



Page 4 of 4