# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Laron Oneal,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Albertson's, LLC., d/b/a Albertson's, et al.,<br><br>　　　　　　Defendant(s). | 2:23-cv-00643-APG-MDC<br><br>Order Setting Hearing |

IT IS ORDERED that counsel shall appear in-person at **10:00 a.m. on July 17, 2024, in Courtroom 3D,** for a hearing on Plaintiff Laron Oneal's *Motion to Strike*. ECF No. 32.

Dated this 18th day of June 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge