UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Laron Oneal,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br><br>Albertson's, LLC., d/b/a Albertson's, et al.,<br><br>　　　　　　Defendant(s). | 2:23-cv-00643-APG-MDC<br><br>Order |

　　　　IT IS ORDERED that:

1. Plaintiff's *Motion to Compel* ("Motion")(ECF No. 36) will also be addressed at the previously scheduled hearing (ECF No. 35) at **10:00 a.m. on 7/17/204, in Courtroom 3D.**

2. Any responses to the Motion are due 7/9/2024.

3. Plaintiff's deadline to file a reply is SHORTENED: plaintiff's reply is due 7/15/2024.

Dated this 26th day of June 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge