STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
naqvi@naqvilaw.com
JACOB A. SUTY, ESQ.
Nevada Bar No.: 16330
jsuty@naqvilaw.com

**NAQVI INJURY LAW**
9500 W. Flamingo Drive
Las Vegas, Nevada 89147
(702) 553-1000
Fax (702) 553-1002

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARON ONEAL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:23-cv-00643-APG-MDC<br><br>**STIPULATION AND ORDER TO MOVE CURRENTLY-SCHEDULED HEARINGS ON PLAINTIFF'S MOTION TO STRIKE [ECF 32] AND PLAINTIFF'S MOTION TO COMPEL [ECF 36]** |

Plaintiff, LARON ONEAL, by and through his attorneys, Steven T. Jaffe, Esq. of Hall Jaffe, LLP and Jacob A. Suty, Esq. of Naqvi Injury Law and Defendants ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S

1

STORES SUB LLC; and AB ACQUISITION LLC, by and through their attorneys, Jack P. Burden, Esq. and Jacquelyn M. Franco, Esq., Backus Burden, request and stipulate as follows:

    IT IS HEREBY STIPULATED that Plaintiff's Motion to Strike Defendants' Answer and Defenses, for Fees and Costs, and/or for Other Sanctions as this Court Deems Just and Proper[ ECF 32] and Plaintiff's Motion to Compel Defendants' Compliance With FRCP 26, For Production of Documents and Supplemental Discovery Responses, for Extension of Discovery, to Reopen Expert and Rebuttal Expert Deadlines, and for Sanctions on Order Shortening Time [ECF 36], currently-scheduled for hearing on July 17, 2024 at 10:00 a.m., in Courtroom 3D. Plaintiff's counsel, Steven T. Jaffe, Esq., respectfully advises the court that he has a firm trial setting in Eighth Judicial District Court beginning on July 15, 2024, lasting for five to seven days in *Morrison v. Gallo*, Case no. A-21-832186-C in Department 16.

    IT IS FURTHER STIPULATED that the hearing on Plaintiff's motions be rescheduled to a date other than the period between July 15 and July 23, 2024, as the Court deems just and proper.

| HALL JAFFE, LLP | BACKUS \| BURDEN |
|---|---|
| By: /s/ Steven T. Jaffe<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>7425 Peak Drive<br>Las Vegas, NV  89128<br>*Attorneys for Plaintiff* | By: */s/ Jacquelyn M. Franco*<br>JACK P. BURDEN, ESQ.<br>Nevada Bar No. 6918<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No. 13484<br>3050 S. Durango Drive<br>Las Vegas, NV  89117<br>*Attorneys for Defendants* |

NAQVI  INJURY LAW


By: */s/ Jacob A, Suty*
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
JACOB A. SUTY, ESQ.
Nevada Bar No. 16330
9500 W. Flamingo Road, Ste. 104
Las Vegas, NV  89147
*Attorneys for Plaintiff*

....

....

....

Case No.: 2:23-cv-00643-APG-MDC

## **ORDER**

IT IS HEREBY ORDERED that the hearing current-scheduled on July 17, 2024 at 10:00 a.m. on Plaintiff's Motion to Strike Defendants' Answer and Defenses, for Fees and Costs, and/or for Other Sanctions as this Court Deems Just and Proper[ ECF 32] and Plaintiff's Motion to Compel Defendants' Compliance With FRCP 26, For Production of Documents and Supplemental Discovery Responses, for Extension of Discovery, to Reopen Expert and Rebuttal Expert Deadlines, and for Sanctions on Order Shortening Time [ECF 36] are resent to: 10:00am on August 6, 2024 in Courtroom 3B.

Dated this 28th day of June, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

3