1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
2  sjaffe@halljaffe.com

3  **HALL JAFFE, LLP**
   7425 Peak Drive
4  Las Vegas, Nevada 89128
   (702) 316-4111
5  Fax (702) 316-4114

6  FARHAN R. NAQVI, ESQ.
   Nevada Bar No. 8589
7  naqvi@naqvilaw.com
   JACOB A. SUTY, ESQ.
8  Nevada Bar No.: 16330
   jsuty@naqvilaw.com
9

10  **NAQVI INJURY LAW**
    9500 W. Flamingo Drive
11  Las Vegas, Nevada 89147
    (702) 553-1000
12  Fax (702) 553-1002

13  *Attorneys for Plaintiff*

14
                   **UNITED STATES DISTRICT COURT**
15
                       **DISTRICT OF NEVADA**
16
    LARON ONEAL, individually,           Case No.:  2:23-cv-00643-APG-MDC
17
                        Plaintiff,
18
    vs.                                  **STIPULATION AND ORDER**
19                                       **REGARDING BRIEFING**

20  ALBERTSON'S, LLC d/b/a
    ALBERTSON'S; SAFEWAY INC. d/b/a
21  ALBERTSON'S; ALBERTSON'S STORES
    SUB LLC; AB ACQUISITION LLC; DOES
22  1 through 100 and ROE CORPORATIONS 1
    through 100, inclusive,
23
                        Defendants.
24

25

26      IT IS HEREBY STIPULATED AND AGREED by and between the parties that

27  Plaintiff's Reply Brief to his Motion to Compel Defendants' Compliance With FRCP 26, for

28  Production of Documents and Supplemental Discovery Responses, for Extension of

                                        1

1  Discovery, to Reopen Expert and Rebuttal Expert Deadlines, and for Sanctions on Order

2  Shortening Time shall be due on July 26, 2024.

3  Dated:  July 15, 2024                                    DATED:  July 15, 2024

4  HALL JAFFE, LLP                                     BACKUS | BURDEN

5

6  By: /s/ Steven T. Jaffe                             By: */s/ Jacquelyn M. Franco*
   STEVEN T. JAFFE, ESQ.                               JACK P. BURDEN, ESQ.
   Nevada Bar No. 7035                                 Nevada Bar No. 6918
7  7425 Peak Drive                                     JACQUELYN M. FRANCO, ESQ.
   Las Vegas, NV  89128                                Nevada Bar No. 13484
8  *Attorneys for Plaintiff*                           3050 S. Durango Drive
                                                       Las Vegas, NV  89117
9  NAQVI  INJURY LAW                                   *Attorneys for Defendants*

10

11 By: */s/ Jacob A, Suty*
   FARHAN R. NAQVI, ESQ.
   Nevada Bar No. 8589
12 JACOB A. SUTY, ESQ.
   Nevada Bar No. 16330
13 9500 W. Flamingo Road, Ste. 104
   Las Vegas, NV  89147
14 *Attorneys for Plaintiff*

15

16                        **ORDER**

17     IT IS SO ORDERED.

18     Dated this 16th day of July, 2024.

19

20

21                                  _____
22                                  Hon. Maximiliano D. Couvillier III
                                    United States Magistrate Judge
23

24

25

26

27

28

                              2