Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
Jamie Clark, Esq.
Nevada State Bar No. 16687
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
JacquelynFranco@backuslaw.com
JamieClark@backuslaw.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARON ONEAL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.   2:23−cv−00643−APG−MDC<br><br>**MOTION TO REMOVE BAILEE RAQUEL REESE, ESQ. AS COUNSEL OF RECORD FOR DEFENDANTS ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC** |

. **TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Defendants ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC, by and through its counsel of record, JACK P. BURDEN, ESQ., JACQUELYN FRANCO, ESQ. and JAMIE CLAK, ESQ.  of BACKUS | BURDEN hereby provide notice that BAILEE RAQUEL REESE, ESQ. is no longer affiliated with the law firm of BACKUS | BURDEN and thus will no longer be associated as counsel of record for that

Defendants ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC in this matter.

As such, Defendants ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC respectfully moves this Honorable Court for an Order removing BAILEE RAQUEL REESE, ESQ. as counsel of record in this matter with all parties to update their respective service lists, accordingly.

JACK P. BURDEN, ESQ., JACQUELYN FRANCO, ESQ. and JAMIE CLAK, ESQ. of BACKUS | BURDEN will continue to serve as counsel of record for Defendants ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC in this action.

All items including, but not limited to, pleadings, papers, correspondence, documents, and future notices in this action shall continue to be directed to, and served on JACK P. BURDEN, ESQ., JACQUELYN FRANCO, ESQ. and JAMIE CLAK, ESQ. of BACKUS | BURDEN as counsel of record for the Defendants ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC.

DATED: August 9, 2024

**BACKUS | BURDEN**

By: /s/ Jacquelyn Franco
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
Jamie Clark, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 8/13/24