UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Laron ONeal,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Albertson's, LLC., et al.,<br><br>    Defendant(s). | 2:23-cv-00643-APG-MDC<br><br>**ORDER CONTINUING SHOW CAUSE HEARING TO APRIL 25, 2025 AT 10:00 A.M. IN COURTROOM 3D** |

  The Court ordered the plaintiff to serve non-party Shandana Merguson with the Order to Show Cause and to file a certificate of service. ECF No. 73. Under Federal Rule of Civil Procedure 45(g), a court "may hold in contempt a person who, <u>having been served</u>, fails without adequate excuse to obey the subpoena or an order related to it." (emphasis added). The plaintiff filed notices that he has failed to serve Merguson. See ECF Nos. 74 and 75.

  IT IS ORDERED that:

1. The Show Cause Hearing, previously scheduled for February 13, 2025 at 9:00 a.m (ECF No. 73) is CONTINUED.

2. The parties and Shandana Merguson must appear before this Court **April 25, 2025 at 10:00 a.m. in Courtroom 3D** of the Lloyd D. George U.S. Courthouse, 333 S. Las Vegas Blvd., Las Vegas, Nevada for the purpose of scheduling her deposition and to show cause, if any, why she should not be held in contempt for failing to comply with the deposition subpoena.

3. Plaintiff must personally serve BOTH a copy of this Order AND the Court's previous Order (ECF No. 73) upon Shandana Merguson. Plaintiff must then file a certificate of such service on the docket.

4. Dated: February 12, 2025.

                         _____
                         Hon. Maximiliano D. Couvillier III
                         United States Magistrate Judge