STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
naqvi@naqvilaw.com
JACOB A. SUTY, ESQ.
Nevada Bar No.: 16330
jsuty@naqvilaw.com

**NAQVI INJURY LAW**
9500 W. Flamingo Drive
Las Vegas, Nevada 89147
(702) 553-1000
Fax (702) 553-1002

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARON ONEAL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00643-APG-MDC<br><br>**STIPULATION AND ORDER REGARDING BRIEFING** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment as to Plaintiff's Second Claim for Relief: Negligent Hiring [ECF 85] shall be due on June 6, 2025. Plaintiff's

1

counsel, Steven T. Jaffe, Esq., respectfully advises the court that he will be out of the country on the date the responsive pleading is due, leaving on Wednesday evening, May 14, 2025, and returning on Saturday evening, May 31, 2025.

    IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that Defendant is allowed until June 13, 2025, to serve any reply brief.

Dated:  May 13, 2025                              Dated: May 13, 2025

HALL JAFFE, LLP                              BACKUS | BURDEN

By: /s/ Steven T. Jaffe                          By: */s/ Jacquelyn M. Franco*
STEVEN T. JAFFE, ESQ.                    JACK P. BURDEN, ESQ.
Nevada Bar No. 7035                          Nevada Bar No. 6918
7425 Peak Drive                                  JACQUELYN M. FRANCO, ESQ.
Las Vegas, NV  89128                        Nevada Bar No. 13484
*Attorneys for Plaintiff*                        3050 S. Durango Drive
                                                     Las Vegas, NV  89117
NAQVI  INJURY LAW                       *Attorneys for Defendants*


By: */s/ Jacob A, Suty*
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
JACOB A. SUTY, ESQ.
Nevada Bar No. 16330
9500 W. Flamingo Road, Ste. 104
Las Vegas, NV  89147
*Attorneys for Plaintiff*


**ORDER**

    IT IS SO ORDERED.

    Dated this 14th day of May, 2025.


_____
Hon. Andrew P. Gordon
Chief United States District Judge