UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARON ONEAL,<br><br>    Plaintiff<br><br>v.<br><br>ALBERTSON'S, LLC, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00643-APG-MDC<br><br>**Order Accepting Report and Recommendation Regarding Contempt**<br><br>[ECF Nos. 88, 96] |

Nonparty witness Shandana Mergerson failed to comply with a deposition subpoena and disobeyed Magistrate Judge Couvillier's resulting Order to Show Cause. ECF No. 73. Plaintiff Laron Oneal requested a bench warrant as a contempt sanction against her. ECF No. 88 at 13. Magistrate Judge Couvillier recommends that Mergerson be held in contempt and that a bench warrant be issued if she does not appear for her upcoming rescheduled deposition. ECF No. 96. I have reviewed Judge Couvillier's recommendation. As Judge Couvillier sets forth the proper legal analyses and factual bases for the decision, I agree with his findings and conclusions and adopt them as my own.

I THEREFORE ORDER that Magistrate Judge Couvillier's Report and Recommendation (ECF No. 96) is accepted and approved in its entirety. I will give Mergerson one final chance: a warrant for her arrest will be issued if she does not appear at her rescheduled deposition, presently set for September 11, 2025 at 1:00 p.m. (unless the deposition is moved to another date and time).

DATED this 6th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE