STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
naqvi@naqvilaw.com

**NAQVI INJURY LAW**
9500 W. Flamingo Road, Ste. Ste. 104
Las Vegas, Nevada 89147
(702) 553-1000
Fax (702) 553-1002

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARON ONEAL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:23-cv-00643-APG-MDC<br><br>**SECOND STIPULATION AND ORDER TO MODIFY REPORT AND RECOMMENDATION FINDING DEFENDANT IN CONTEMPT FOR FAILING TO COMPLY WITH THE COURT'S ORDER And ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO TAKE DEPOSITIONS IN PART [EFC NO. 96, 98]** |

    Plaintiff Laron Oneal and the Albertson's Defendants, by and through their counsel of record, do hereby stipulate and agree to a second extension of the deadlines set forth in the Court's Report and Recommendation Finding Defendant in Contempt for Failing to Comply With the Court's Order And Order Granting Plaintiff's Request for an Extension of Time to Take Depositions in Part, EFC No. 96, 98, for the reasons set forth herein.  The parties further

1

1  set forth that pursuant to LR 1A 6-1 and LR 26-3, this requested extension is sought based on
2  good cause, and a written meet to address outstanding issues, during which the parties did
3  agree, as set forth herein.

4      **A.  Reasons for Extension – LR 26-3(c)**

5  The Court issued the above-referenced Report and Recommendation and Order, EFC
6  No. 96, on July 11, 2025, setting forth deadlines.  The parties stipulated to extend the
7  deadlines further, due to trial schedules and family obligations.  ECFG No. 98.  The parties
8  made full attempts to meet the deadline to complete the deposition of Defendants' FRCP
9  30(b)(6) witness by September 29, 2025.  Unfortunately, they could not do so.  First,
10 Defendants intend to produce two witnesses for the topics served.  Second, both witnesses are
11 in Phoenix, Arizona, and to reduce time and cost measures, the parties needed two consecutive
12 days for the depositions.  Third, religious holiday observations create limits for one counsel.

13 The parties have agreed and have noticed the depositions for October 6 and 7, 2025,
14 pending this court's approval of the extension sought herein.  The parties therefore submit and
15 request that good cause exists, and that the court approve this Stipulation to extend the
16 deadline for completion of the Defendants' FRCP 30(b)(6) witness depositions through and
17 including October 7, 2025, the final scheduled date.

18     **B.  Request for Status Check**

19 The parties also request a Status Check regarding the issues pervading on the deposition
20 of Shandana Mergerson.  As set forth in a Notice separately filed, Ms. Mergerson twice failed
21 to appear for her deposition after specifically scheduling it with her – on August 22, 2025, and
22 again on September 10, 2025.  As the court's prior Order, ECF No. 102, expressed the intent
23 to arrest her for the purpose of obtaining her deposition testimony, *inter alia*, the parties
24 request a Status Check to address this deposition, and whether it will in anyway impact the
25 parties in such a way as to effect the need for further discovery.  Notably, as there remains
26 pending a Motion for Partial Summary Judgment filed by Defendants, that pending Motion
27 stays the parties' obligations relative to producing the Pre-Trial Memorandum, so no further
28 deadlines should be impacted by the court conducting this requested Status Check.

**C. New Deadlines**

|  | Current Deadline | **New Deadline** |
|---|---|---|
| Plaintiff filing Notice of Compliance of Service of Report and Recommendation, Order, and new subpoena for deposition of Shandana Mergerson | August 1, 2025 | Closed |
| Service of topics for proposed topics for FRCP 30(b)(6) deposition of Defendants | August 1, 2025 | Closed |
| Complete deposition of Defendants' FRCP 30(b)(6) witness(es) | September 29, 2025 | October 7, 2025 |

The parties make this request for extension for compelling reasons and in good faith, and after meeting and conferring in detail on the length of the extension, the reasons for the extension, the additional discovery permitted, and not for any improper purpose.

WHEREFORE, the parties respectfully request that this Court extend the discovery period from the current deadlines as outlined above.

DATED: September 15, 2025

/s/ Steven T. Jaffe
Steven T. Jaffe, Esq.
Hall Jaffe, LLP
7425 Peak Drive
Las Vegas, Nevada 89128
Attorneys for Plaintiff

Farhan R. Naqvi, Esq.
Naqvi Injury Law
9500 West Flamingo, Ste 104
Las Vegas, Nevada 89147
Attorneys for Plaintiff

/s/ Jacquelyn Franco
Jack P. Burden, Esq.
Jacquelyn Franco, Esq
Backus | Burden
3050 S. Durango Dr.
Las Vegas, Nevada 89117
Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2025

3