STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
naqvi@naqvilaw.com

**NAQVI INJURY LAW**
9500 W. Flamingo Drive
Las Vegas, Nevada 89147
(702) 553-1000
Fax (702) 553-1002

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARON ONEAL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00643-APG-MDC<br><br>**SECOND STIPULATION AND ORDER REGARDING BRIEFING** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Plaintiff be permitted a supplemental Opposition Brief to Defendant's Motion for Partial Summary Judgment as to Plaintiff's Second Claim for Relief: Negligent Hiring [ECF 85], which shall be due on or before November 14, 2025. Defendants shall be entitled to a supplemental Reply Brief, which shall be due on or before December 1, 2025.

1

The parties on October 6 and 7, 2025, conducted the deposition of Defendants' witness produced pursuant to FRCP 30(b)(6). During that deposition, testimony impacting the pending Motion was elicited. The parties agree that based on the nature of the testimony, fairness to both parties requires that they supplement their briefing, and they agree to the above dates.

Dated: October 21, 2025                                    Dated: October 21, 2025

HALL JAFFE, LLP                                            BACKUS | BURDEN

By: /s/ Steven T. Jaffe                                    By: /s/ Jacquelyn M. Franco
STEVEN T. JAFFE, ESQ.                                      JACK P. BURDEN, ESQ.
Nevada Bar No. 7035                                        Nevada Bar No. 6918
7425 Peak Drive                                            JACQUELYN M. FRANCO, ESQ.
Las Vegas, NV  89128                                       Nevada Bar No. 13484
*Attorneys for Plaintiff*                                  3050 S. Durango Drive
                                                           Las Vegas, NV  89117
Farhan R. Naqvi, Esq.                                      Attorneys for Defendants
Naqvi Injury Law
9500 West Flamingo, Ste 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

Dated: October 22, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE