STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
naqvi@naqvilaw.com

**NAQVI INJURY LAW**
9500 W. Flamingo Drive
Las Vegas, Nevada 89147
(702) 553-1000
Fax (702) 553-1002

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARON ONEAL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC d/b/a ALBERTSON'S; SAFEWAY INC. d/b/a ALBERTSON'S; ALBERTSON'S STORES SUB LLC; AB ACQUISITION LLC; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:23-cv-00643-APG-MDC<br><br>**THIRD STIPULATION AND ORDER REGARDING BRIEFING** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the supplemental briefing by the parties to Defendant's Motion for Partial Summary Judgment as to Plaintiff's Second Claim for Relief: Negligent Hiring ECF No. 85, as allowed and modified by the parties' Second Stipulation And Order Regarding Briefing, ECF No. 113, ordered and filed with the court on October 22, 2025, be further modified.  The parties hereby stipulate and

1

1  agree, and further request that the court approve, an extension of the briefing such that
2  Plaintiff's supplemental Opposition Brief shall be due on or before January 12, 2026.
3  Defendants shall be entitled to s supplemental Reply Brief, which shall be due on or before
4  January 30, 2026.

     The parties recently agreed to proceed to a mediation of this matter, which will proceed on December 19, 2025.  The parties are optimistic that this matter will resolve at that time, and in the interests of conserving resources and not incurring what might otherwise be unnecessary time, fees, and resources, request that the court allow this extension to assist in accomplishing that purpose and goal.  Therefore, the parties request that the court agree to this extension, as set forth herein.

| | |
|---|---|
| Dated:  November 12, 2025 | Dated: November 12, 2025 |
| HALL JAFFE, LLP | BACKUS \| BURDEN |
| By: /s/ Steven T. Jaffe<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>7425 Peak Drive<br>Las Vegas, NV  89128<br>*Attorneys for Plaintiff* | By: */s/ Jacquelyn M. Franco*<br>JACK P. BURDEN, ESQ.<br>Nevada Bar No. 6918<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No. 13484<br>3050 S. Durango Drive<br>Las Vegas, NV  89117<br>Attorneys for Defendants |
| Farhan R. Naqvi, Esq.<br>Naqvi Injury Law<br>9500 West Flamingo, Ste 104<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | |

**<u>ORDER</u>**

     IT IS SO ORDERED.

     Dated this <u>13th</u> day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2