Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
Jamie Clark, Esq.
Nevada State Bar No. 16687
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARON ONEAL, individually, )<br><br>Plaintiff, )<br>vs. )<br> )<br>ALBERTSON'S, LLC d/b/a )<br>ALBERTSON'S; SAFEWAY INC. d/b/a )<br>ALBERTSON'S; ALBERTSON'S )<br>STORES SUB LLC; AB ACQUISITION )<br>LLC; DOES 1 through 100 and ROE )<br>CORPORATIONS 1 through 100, )<br>inclusive, )<br>Defendants. ) | Case No.    **2:23−cv−00643−APG−MDC**<br><br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

Plaintiff LARON ONEAL by and through his counsel of record, Farhan Naqvi, Esq. and Steve Jaffe, Esq. of NAQVI INJURY LAW and; Defendants ALBERTSON'S LLC, SAFEWAY INC., ALBERTSON'S STORES SUB LLC, and AB ACQUISITION LLC, by and through their counsel of record, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of BACKUS | BURDEN, hereby agree to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

<div style="margin-left:-5%">BACKUS | BURDEN<br>3050 SOUTH DURANGO<br>LAS VEGAS, NEVADA 89117<br>TELE: (702) 872-5555   FAX: (702) 872-5545</div>

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

IT IS HEREBY REQUESTED that all pending dates be VACATED from the Court's calendar.

DATED:  February  23 , 2026          `

 /s   Steven T. Jaffe _____

Steven T. Jaffe, Esq.
NAQVI INJURY LAW
9500 West Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
Attorney for Plaintiff

DATED:  February  20, 2026

 /s/ Jacquelyn Franco_____

Jack P. Burden, Esq.
Jacquelyn Franco, Esq
BACKUS | BURDEN
3050 S. Durango Dr.
Las Vegas, Nevada 89117
Attorneys for Defendants

### ___ORDER -  2:23−cv−00643−APG−MDC___

IT IS SO ORDERED:

Dated: February 24, 2026   

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

**From:** Steve Jaffe <steve@naqvilaw.com>
**Sent:** Thursday, February 19, 2026 10:58 AM
**To:** Jacquelyn Franco <jacquelynfranco@backuslaw.com>
**Cc:** Jack Burden <jackburden@backuslaw.com>; Anne Raymundo <anneraymundo@backuslaw.com>; Marianne Sylva <msylva@naqvilaw.com>; Lori Harrison <lharrison@naqvilaw.com>; Paul Albright <Paul@naqvilaw.com>; Bailey Plumlee <bailey@naqvilaw.com>; Jennifer Vela <jvela@naqvilaw.com>
**Subject:** RE: Oneal v Albertsons - Settlement Release [1002929]

Looks good, you may e-sign for me.  Thanks, Jackie.

**From:** Jacquelyn Franco <jacquelynfranco@backuslaw.com>
**Sent:** Thursday, February 19, 2026 10:44 AM
**To:** Steve Jaffe <steve@naqvilaw.com>
**Cc:** Jack Burden <jackburden@backuslaw.com>; Anne Raymundo <anneraymundo@backuslaw.com>; Marianne Sylva <msylva@naqvilaw.com>; Lori Harrison <lharrison@naqvilaw.com>; Paul Albright <Paul@naqvilaw.com>; Bailey Plumlee <bailey@naqvilaw.com>; Jennifer Vela <jvela@naqvilaw.com>
**Subject:** RE: Oneal v Albertsons - Settlement Release [1002929]

Good morning.

**BACKUS | BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

2

The check was picked up this morning; thank you. Attached is the Stipulation and Order for Dismissal. Please let us know if we can affix your electronic signature.

Thank you,
Jackie

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555    FAX: (702) 872-5545